IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARMEN COPPER,<br><br>   Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA HOME<br>LOANS SERVICING, LP<br>formerly known as<br>Countrywide Home Loans Servicing<br>LP,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:11-CV-2198-TWT |

## ORDER

This is an action for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Copper\r&r.wpd